UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00908
   BRUCE B JACKSON
   GERLYN T JACKSON                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4069    SSN XXX-XX-4467

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/19/07 .

     2.  The case was converted to Chapter 7 without confirmation, 06/07/2007.

     3.  The Debtor paid a total of $   2760.00 .

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CROWN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CROWN MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ADVANCED PAIN & ANESTHES | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AQUA ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CHUBB GROUP OF INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| A ROSENTHAL MD | UNSECURED | NOT FILED | .00 | .00 |
| STAR DISPOSAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| TURF TECH | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

------------------------------------------------------------------------------
        Summary of disbursements:
------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, KAREN J PORTER                 , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $   2760.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 09/26/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE







                              PAGE   2
         CASE NO. 07 B 00908 BRUCE B JACKSON & GERLYN T JACKSON